IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**ROBERT CORNEILOUS WILLIAMS,**
**ADC #121011**                                                                                                         **PLAINTIFF**

V.                            CASE NO. 4:17-CV-00082 JLH/BD

**REID MILLER, et al.**                                                                                                 **DEFENDANTS**

## RECOMMENDED DISPOSITION

**I.      Procedure for Filing Objections:**

This Recommended Disposition ("Recommendation") has been sent to Judge J. Leon Holmes.  You may file written objections to this Recommendation.  If you file objections, they must be specific and must include the factual or legal basis for your objection.  Your objections must be received in the office of the United States District Court Clerk within fourteen (14) days of this Recommendation.

If no objections are filed, Judge Holmes can adopt this Recommendation without independently reviewing the record.  By not objecting, you may also waive any right to appeal questions of fact.

**II.     Discussion:**

Plaintiff Robert Williams, a pretrial detainee being held in the Faulkner County Detention Center ("Detention Center"), filed this case without the help of a lawyer under 42 U.S.C. § 1983.  (Docket entry #1)  There were several problems with Mr. Williams's

complaint that prevented his claims from moving ahead.[1]  He was ordered to file an amended complaint within 30 days of February 9, 2017, to cure the deficiencies, which the Court set out in its Order.  (#4)  To date, he has failed to comply with the Court's February 9, 2017 Order, and the time for doing so has passed.  The Court specifically cautioned Mr. Williams that his claims could be dismissed if he failed to comply with the Court's Order.  (#4)

### III.   Conclusion:

The Court recommends that Mr. Williams's claims be DISMISSED, without prejudice, based on his failure to comply with the Court's February 9, 2017 Order.

DATED this 15th day of March, 2017.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1]In his complaint, Mr. Williams alleged that there were no tuberculosis lights or showers in his pod.  He also complained that the shower that he used was "nasty all the time," that he got inadequate cleaning supplies, and that there were exposed wires in the hallway.  (#2)  The Defendants are those whom he asked for cleaning supplies and those whom he complained to about the condition of the Detention Center.  (#2)